IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALONZO MOORE,

    Petitioner,

v.                                       CASE NO. 1:02-cv-00036-MP-AK

ROBERT BUTTERWORTH,
MICHAEL W MOORE,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 30, Report and Recommendations of Magistrate Judge Kornblum, recommending that the Amended Petition, Doc. 6, be denied as untimely and dismissed with prejudice. The Magistrate Judge filed the Report and Recommendation on Friday, April 15, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. Petitioner has filed an objection.

Petitioner objects to only one aspect of the Magistrate's Report and Recommendation. Petitioner asserts that the Magistrate erred in not allowing an additional 90 days, the time allotted to file a writ of certiorari with the United States Supreme Court following a judgment, to the statute of limitations period in accordance with 28 U.S.C. § 2244(d)(1) following the dismissal of Petitioner's final post-conviction motion. The Magistrate held that the 90 day period allowed in § 2244(d)(1) only applies when calculating the finality of a state court judgment, not to a post-conviction motion. For post-conviction motions, the Magistrate is correct that Petitioner is not

entitled to an additional 90 days to file for a writ of certiorari. <u>Coates v. Byrd</u>, 211 F.3d 1225 (11th Cir. 2002)(discussing the difference between § 2244(d)(1), which allows an additional 90 days for calculating the finality of a judgment and § 2244(d)(2), which does not toll the statute of limitations for an additional 90 days to file for a writ of certiorari, but is merely tolled while the post-conviction motion is "pending.").

Having considered the Report and Recommendation and all objections thereto timely filed, I have determined that the Report and Recommendation should be ADOPTED.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Amended Petition, Doc 6, is DISMISSED WITH PREJUDICE.

**DONE AND ORDERED** this __26th__ day of May, 2005.

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge

*Case No: 1:02-cv-00036-MP-AK*