IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALONZO MOORE,

    Petitioner,

v.                                                CASE NO. 1:02-cv-00036-MP-AK

ROBERT BUTTERWORTH,
MICHAEL W MOORE,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 43, Motion for Leave to Appeal *In Forma Pauperis* by Alonzo Moore. Mr. Moore has not provided a certified statement of his inmate account, but has expressed that he was unable to get the proper documentation at the time he filed his Motion for Leave to Appeal *In Forma Pauperis*. He therefore seeks additional time to provide the Court with that account information.

**ORDERED AND ADJUDGED:**

1. Petitioner, Alonzo Moore, is Ordered to submit proof of his inmate account to <u>this Court</u>, in accordance with Form 4 of the Appendix of Forms to the Federal Rules of Appellate Procedure, on or before Monday, August 29, 2005.

2. The Clerk is directed to send a copy of this Order to both Petitioner's prior known address, to which Petitioner stated he will be returning, and to the temporary change of address provided by Petitioner in his most recent filing.

**DONE AND ORDERED** this __27th__ day of July, 2005.

                                      *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge