IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALONZO MOORE,

    Petitioner,

v.                                                      CASE NO. 1:02-cv-00036-MP-AK

ROBERT BUTTERWORTH,
MICHAEL W MOORE,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 49, Petitioner's Motion for a Time Extension. This motion is being treated as a request before this Court. After reviewing Petitioner's motion, Petitioner is hereby GRANTED a thirty day extension of all filing deadlines. Therefore, any filing Petitioner wishes to make is now due by Monday, September 19, 2005.

    **DONE AND ORDERED** this  *18th*  day of August, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge